Susan H. MELLO, Plaintiff/Appellant,

v.

The TENERE GROUP, INC., et al.,
Defendants/Respondents.

No. ED 82748.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 16, 2003.

Susan H. Mello, Clayton, pro se.

Kenneth Bean, Robert Rosenthal, Michael Flavin, Joseph Callahan, St. Louis, for respondents.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Plaintiff, Susan H. Mello, appeals from the circuit court's taxation of deposition costs against her after she voluntarily dismissed without prejudice her action against defendants. No error of law appears and an opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).

Jacob LOWERY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 82442.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 16, 2003.

Michelle Rivera, St. Louis, for appellant.

John Munson Morris, III, Asst. Atty. Gen., Linda Lemke, Jefferson City, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

**ORDER**

PER CURIAM.

Movant, Jacob Lowery, appeals from the judgment denying on the merits without an evidentiary hearing his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's judgment is based on findings of facts and conclusions of law that are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only, setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).